AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| BEHROUZ HAGHIGHAT | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-cr-339-MEF |
| UNITED STATES OF AMERICA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BEHROUZ HAGHIGHAT .

Date:   6/2/2025

*Attorney's signature*

Laina C. Lopez (D.C. Bar #477412)
*Printed name and bar number*

Berliner Corcoran & Rowe LLP
1101 17th Street NW, Suite 1100
Washington, D.C. 20036

*Address*

llopez@bcrlaw.com
*E-mail address*

(202) 255-6465
*Telephone number*

(202) 293-9035
*FAX number*