

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*  *973-645-2700*
*Newark, New Jersey 07102*

June 17, 2025

Honorable Michael E. Farbiarz
United States District Judge
U.S. Post Office & Federal Courthouse
Newark, New Jersey 07102

      Re:   *United States v. Haghighat, et al.*,
            Crim No. 25-339 (MEF)

Dear Judge Farbiarz:

     The Government writes in accordance with the Court's June 16, 2025 Order that the parties provide the Court with their unavailability for trial between September 2, 2025, and December 15, 2025.

     Assistant U.S. Attorney John Mezzanotte has a trial scheduled in *United States v. Leon Haynes*, Crim. No. 24-232, before the Honorable William J. Martini that is set to commence on September 25, 2025 and is expected to last two to three weeks. Additionally, AUSA Mezzanotte is a Judge Advocate in the United States Army Reserve and expects to be on active duty orders from November 15, 2025, to November 20, 2025.

     Trial Attorney John J. Liolos has a trial scheduled in *United States v. Jeyakumar Nadarajah*, Crim. No. 23-891, before the Honorable Claire C. Cecchi that is scheduled to commence on November 5, 2025 and is expected to last two to three weeks.

- 2 -

Thank you for your consideration.

                                                           Respectfully submitted,

                                                           ALINA HABBA
                                                           United States Attorney

                                                           *s/ John Mezzanotte*
                     By:    John Mezzanotte
                            Assistant U.S. Attorney