**Weil, Gotshal & Manges LLP**

1999 Avenue of the Stars
Suite 1800
Los Angeles, CA 90067
Phone: +1 213 667 5100
Fax: +1 213 667 5111

**Adam Fee**
+1 (213) 667-5125
adam.fee@weil.com

December 4, 2025

The Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

Re:  *United States v. Haghighat*, No. 25-cr-00339-MEF (D.N.J.)

Dear Judge Farbiarz:

    I write on behalf of Ross Haghighat. With regard to ECF No. 278, we have advised counsel for Triton that the Rule 17(c) subpoena has been withdrawn.


Respectfully submitted,


*s/ Adam Fee*
Adam Fee