

**United States Department of Justice**

Criminal Division

---

*Fraud Section*

*Bond Building*
*1400 New York Avenue, N.W.*
*Washington, DC 20530*

December 7, 2025

**VIA ECF**

Chambers of the Honorable Michael E. Farbiarz
United States District Court for the District of New Jersey
2 Federal Square, Courtroom #4
Newark NJ, 07102

Re: *United States v. Haghighat et al.*, Crim No. 25-339 (MEF)

To the Honorable Michael E. Farbiarz:

      The United States, through the undersigned, files this letter in response to the letter filed by Defendant Roberge on December 5, 2025.  *See* ECF No. 283.  In particular, Defendant Roberge seeks to introduce a recording of the full interview of Defendant Roberge instead of the clips identified by the United States.  The full recording is "neither explanatory of nor relevant to the passages that" the United States seeks to admit.  *See United States v. Hoffecker*, 530 F.3d 137, 192–93 (3d Cir. 2008) (superseded by regulation on other grounds) (quoting *United States v. Soures*, 736 F.2d 87, 91 (3d Cir. 1984)).  For example, Defendant Roberge seeks to include the last few minutes of the recording— *after* the small number of substantive questions he answered—during which his wife became upset and told the two postal inspectors to leave the property.  This recording does nothing to clarify the portions the United States seek to admit, and its admission in full is improper under Rules 401, 403, and 802 of the Federal Rules of Evidence.

      To facilitate the planned discussion on Monday, attached as Exhibit A is a transcript provided by Defendant Roberge to which the United States has added highlighting to indicate its proposed clips.  Because this transcript contains Disclosure Material, it will not be filed on the public docket but will be provided via email and to the Clerk's office.

 

      Respectfully submitted,

      <u>/s/ Tamara Livshiz</u>
      John Liolos
      Tamara Livshiz
      Trial Attorneys, Criminal Division
      Department of Justice

CC: All Defendants