# AGNIFILO
# INTRATER

---

December 10, 2025

The Honorable Michael E. Farbiarz
United States District Judge
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

    Re:    <u>United States v. Haghighat, et al.</u>, Crim. No. 25-339 (MEF)

Dear Judge Farbiarz:

    We come bearing good news: The parties have agreed to resolve their disputes regarding the "good faith" and "willful blindness" instructions – that is, the parties have agreed that neither instruction should be provided. The parties maintain their disagreement on aiding and abetting. The defendants believe that, in this case, there was no evidence of aiding and abetting, and in the circumstances of this case, Ross Haghighat (and each respective tippee) acted as principals only.

    Defendants point the Court to *United States v. Schiff*, 602 F.3d 152, 164 n.19 (3d Cir. 2010) (distinguishing between accomplice liability and primary liability based on agency principles) and *United States v. Stevens*, 70 F.4th 653, 661 (3d Cir. 2023) (Section 2 "requires the Government to prove (1) that the substantive crime has been committed; and (2) that the defendant charged with aiding and abetting knew of the commission of the substantive offense and acted with intent to facilitate it") (quotation marks omitted).

    Respectfully Submitted,

*/s/ Zach Intrater*

Zach Intrater