

**United States Department of Justice**

Criminal Division

*Fraud Section*

*Bond Building*
*1400 New York Avenue, N.W.*
*Washington, DC 20530*

December 10, 2025

<u>**VIA EMAIL AND HARD COPY**</u>

Chambers of the Honorable Michael E. Farbiarz
United States District Court for the District of New Jersey
2 Federal Square, Courtroom #4
Newark NJ, 07102

     Re: *United States v. Haghighat et al.*, Crim. No. 25-339 (MEF)

To the Honorable Michael E. Farbiarz:

     The United States writes to inform the Court that it withdraws its request for jury instructions related to 18 U.S.C. § 2 as to the four defendants currently on trial in this matter. By withdrawing its request for an instruction at this time, the United States does not concede that 18 U.S.C. § 2 does not apply to the facts of this case, and reserves all rights to seek the instruction at any future trial, including the trial of co-defendant Bruce Haghighat.

     Respectfully submitted,

     */s/ Tamara Livshiz*
     John Liolos
     Tamara Livshiz
     Trial Attorneys, Criminal Division
     Department of Justice