

**United States Department of Justice**

Criminal Division

*Fraud Section*

*Bond Building*
*1400 New York Avenue, N.W.*
*Washington, DC 20530*

December 11, 2025

**VIA ECF**
Chambers of the Honorable Michael E. Farbiarz
United States District Court for the District of New Jersey
2 Federal Square, Courtroom #4
Newark NJ, 07102

    Re: *United States v. Haghighat et al.*, Crim No. 25-339 (MEF)

To the Honorable Michael E. Farbiarz:

    The United States, through the undersigned, files this letter attaching joint proposed instructions.

                                                    Respectfully submitted,

                                                   */s/ Tamara Livshiz*
                                                  John Liolos
                                                  Tamara Livshiz
                                                  Trial Attorneys, Criminal Division
                                                  Department of Justice

CC: All Defendants