UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       -against-<br><br><br>ROUZBEH "ROSS" HAGHIGHAT. ET AL,<br>                    Defendant. | Case No. 25-10123<br><br>**AFFIDAVIT / AFFIRMATION OF DEFENDANT KIRSTYN PEARL** |

    I hereby certify under penalty of perjury that I have not recorded any part of this trial proceeding, nor have I caused any other person to record any part of this trial on my behalf.

Date:  December 15, 2025

_____
Signature